**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Civil 01-859 ADM/SRN**

**Robert F. Krone,**

**Plaintiff,**

**v.**

**ORDER OF RECUSAL**

**Iten Chevrolet Co.,**

**Defendant.**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: May 22, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED MAY 22 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Krone v. Iten Chevrolet 01-859 ADM/JMM

Magistrate Judge Mason is now the Magistrate Judge on this case.