Ex. B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert F. Krone,

Plaintiff,

vs.

Iten Chevrolet Co.,

Defendant.

Court File No. 01- 859 ADM / JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS AND ORDER**

---

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by plaintiff, through his counsel, and by defendant, through its counsel, that the above-captioned action may and shall be dismissed in its entirety on the merits, with prejudice and without costs (including but not limited to any statutory or other costs, any attorneys' fees, any disbursements, and/or any other expenses) to any party.

**LEONARD, STREET AND DEINARD, PA**

Dated: 10 · 24, 2001

Dominic Cecere, Esq. #207160
Richard W. Pins, Esq. #260149
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-7007
***Attorneys for Plaintiff***

**FLYNN & GASKINS, L.L.P.**

OCT 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 17, 2001

Steve Rau, #147990
Patrick R. Martin, #0259445
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
(612) 333-9500
***Attorneys for Defendant***

ORDER

It having been brought to the Court's attention the fact that all parties agree to dismiss this action in its entirety with prejudice and without costs (including but not limited to any statutory or other costs, any attorneys' fees, any disbursements, and/or any other expenses) to any party,

IT IS HEREBY ORDERED THAT this action is dismissed in its entirety with prejudice and without costs (including but not limited to any statutory or other costs, any attorneys' fees, any disbursements, and/or any other expenses) to any party.

**LET JUDGMENT OF DISMISSAL WITH PREJUDICE BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: Oct. 29, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT